ROBERT L. SCHULZ, Appellant, v SHELDON SILVER, Individually and as Speaker of the New York State Assembly, Respondent.

Submitted May 16, 2016; decided June 23, 2016

Motion for reconsideration of this Court's March 31, 2016 dismissal order denied [see 27 NY3d 959 (2016)]. Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the October 2014 Supreme Court order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Chief Judge DiFIORE taking no part.

ROBERT L. SCHULZ, Appellant, v STATE OF NEW YORK EXECUTIVE et al., Respondents.

Decided June 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of THE 60 EAST 12TH STREET TENANTS' ASSOCIATION et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

In the Matter of 12 BROADWAY REALTY LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent, and THE 60 EAST 12TH STREET TENANTS' ASSOCIATION et al., Intervenors-Respondents.

Submitted June 6, 2016; decided June 23, 2016

Motion by Urban Justice Center for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. One copy of the brief must be served and an original and two copies filed within seven days.